# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF CHARLES L.
TRICHELL AND SPENCER H.
CALAHAN

NO.  2022 CW 0573

**MAY 31, 2022**

---

In Re:     Spencer  H.  Calahan,  applying  for  supervisory  writs,
           19th  Judicial  District  Court,  Parish  of  East  Baton
           Rouge, No. 706757.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**  The trial court did not abuse its discretion
in denying the motion seeking a continuance of the trial in this
matter.   Counsel for relator agreed to the trial date set forth
in  the  case  management  order  without  ascertaining  the
availability  of  relator.   In  addition,  despite  the  fact  that
counsel  for  relator  had  issued  a  notice  of  depositions  set  to
occur on May 10, 2022, counsel agreed to a discovery cutoff date
of May 4, 2022.

JEW

   **Theriot, J.,** concurs and would deny the writ.   The criteria
set forth in **Herlitz Construction Co., Inc. v. Hotel Investors
of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are
not met.

   **McClendon, J.,** dissents in part and concurs in part.   While
I concur in the denial of the writ as to the denial of the
motion  for  contempt,  I  dissent  and  would  grant  the  motion
seeking  a  continuance  of  the  trial.   The  objectives  of  the
Louisiana discovery process are "afford[ing]  all parties a fair
opportunity  to  obtain  facts  pertinent  to  the  litigation,"
"discover[ing]  the  true  facts  and  compel[ling]  disclosure  of
these  facts  wherever  they  may  be  found,"  and  "assist[ing]
litigants  in  preparing  their  cases  for  trial."  Discovery
statutes are to be "liberally and broadly construed to achieve
[their]  intended  objectives." **Hicks  v.  USAA  Gen.  Indem.  Co.,**
2021-00840  (La.  3/25/22),  2022  WL  884028.  The  parties  herein
continued  to  engage  in  discovery  and  should  be  allowed  the
opportunity to complete such discovery.

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT